AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

USA

v.

Daniel Perez-Delarosa

**APPEARANCE**

Case Number: 1:07 M 14 A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Daniel Perez Delarosa

I certify that I am admitted to practice in this court.

2-7-07
Date

[signature]
Signature

Edward C Roy, Jr. 3029
Print Name Bar Number

10 WEYBOSSET STREET
Address

PROVIDENCE RI 02903
City State Zip Code

(401) 528-4281 (401) 528-4285
Phone Number Fax Number