AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

UNITED STATES OF AMERICA
V.
Daniel Dellarosa

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 1:07M14A

I, Daniel Dellarosa, charged in a ☒ complaint ☐ petition pending in this District with possession of 5 or more Identification documents in violation of Title 18, U.S.C., 1028(a)(3),

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

[signature]
*Defendant*

2-7-07
*Date*

[signature]
*Counsel for Defendant*