AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

DANIEL PEREZ DeLAROSA

## WARRANT FOR ARREST

CASE NUMBER: 1:07MJ14A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest DANIEL PEREZ DeLAROSA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

possession of 5 or more identification documents with intent to transfer unlawfully.

FEB 07 2007

in violation of Title 18 United States Code, Section(s) § 1028(a)(3)

| | |
|---|---|
| LINCOLN D. ALMOND | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | February 7, 2007, Providence, RI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at RI by ICE + RISP

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 02/07/2007 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 02/06/2007 | | |

This form was electronically produced by Elite Federal Forms, Inc.